UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ANDRES OBANDO-SEGURA,<br><br>    Petitioner,<br><br>    v.<br><br>PEOPLE OF CALIFORNIA,<br><br>    Respondent. | No.  2:20-cv-2195 CKD P<br><br><br>ORDER |

Petitioner, proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 or, alternatively, a petition for writ of error coram nobis.  ECF No. 1 at 1-2.  He has also filed a request to proceed in forma pauperis along with a motion to appoint counsel.  ECF Nos. 2-3.  In his application, petitioner challenges a conviction issued by the Kern County Superior Court that is serving as the basis for his deportation from the United States.  Kern County is part of the Fresno Division of the United States District Court for the Eastern District of California.  See Local Rule 120(d).

Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court.  Therefore, this action will be transferred to the Fresno Division of the court.  This court will not rule on petitioner's request to proceed in forma pauperis or motion for the appointment of counsel.

1

Good cause appearing, IT IS HEREBY ORDERED that:

1. This court has not ruled on petitioner's request to proceed in forma pauperis or the motion to appoint counsel;

2. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

3. All future filings shall reference the new Fresno case number assigned and shall be filed at:

>United States District Court
>Eastern District of California
>2500 Tulare Street
>Fresno, CA 93721

Dated: November 4, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/oban2195.109.docs

2